IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

AUTO-SERT, INC.,

Plaintiff,

v.

PHILLIPS CORPORATION,
AND HAEGER, INC.,

Defendants.

Court File No.: 00-CV-977 MJD/JGL

**STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER**

WHEREAS, the parties to this Stipulation are Auto-Sert, Inc., the Plaintiff in this action, and Phillips Corporation and Haeger, Inc., Defendants in this action; and

WHEREAS, Plaintiff has served the Complaint on Defendants, and Defendants have requested additional time to respond; and

WHEREAS, Plaintiff is willing to provide Defendants with additional time to respond to the Complaint;

THEREFORE, the parties hereby stipulate and agree:

1. Defendants may have until and through Monday, May 22, 2000 to respond to the Complaint.

Dated: May 10, 2000

Keith S. Moheban (#216380)

**LEONARD, STREET AND DEINARD**
Professional Association
2270 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
Telephone: (651) 291-3509

**ATTORNEYS FOR DEFENDANTS**

1943016v1

FILED MAY 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: May 11, 2000

Thomas R. Sheran (#100213)

**MOSS & BARNETT**
A Professional Association
4800 Norwest Tower
90 South Seventh Street
Minneapolis, Minnesota 55402-4129
Telephone: (612) 347-0255

**ATTORNEYS FOR PLAINTIFF**

## ORDER

This matter comes before the Court on the parties' Stipulation for Extension of Time to respond to the Complaint. Based on the foregoing Stipulation and all the files and proceedings herein, the Court makes the following Order:

1. Defendants shall have until and through May 22, 2000 to respond to the Complaint.

Dated: May 15, 2000

JONATHAN LEBEDOFF
Judge of District Court