IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

AUTO-SERT, INC.,

Plaintiff,

v.

PHILLIPS CORPORATION,
AND HAEGER, INC.,

Defendants.

COURT FILE NO. 00-CV-977 MJD/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The above-entitled matter, having been fully compromised and settled,

**IT IS HEREBY STIPULATED**, by and between the parties hereto through their undersigned counsel, that the above-entitled matter may be, and hereby is, dismissed with prejudice and without cost to any party.

Dated: May 26 2000

**MOSS & BARNETT**
**A Professional Association**

Thomas R. Sheran (#100213)
4800 Norwest Tower
90 South Seventh Street
Minneapolis, Minnesota 55402-4129
Telephone: 612/347-0300
Facsimile: 612/339-6686

**Attorneys for Plaintiff Auto-Sert, Inc.**

Dated: June 6 2000

**LEONARD, STREET & DEINARD**

Keith S. Moheban (#0216380)
2270 Minnesota World Trade Center
30 East Seventh Street
Saint Paul, Minnesota 55101
Telephone: 651/222-7455
Facsimile: 651/222-8744

**Attorneys for Defendants Phillips Corporation and Haeger, Inc.**

FILED JUN 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD JUN 13 2000
DEPUTY CLERK

Auto-Sert, Inc. v. Phillips Corp., et al
00CV977 (MJD/JGL)

**ORDER**

Upon reading and filing the above Stipulation of Dismissal, and pursuant to all the files and proceedings herein,

**IT IS HEREBY ORDERED** that this action as between Plaintiff and Defendants shall be, and the same hereby is, dismissed with prejudice on the merits in all respects and without cost to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**BY THE COURT:**

June 13, 2000

Michael J. Davis
Judge of U.S. District Court